FILED

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0231

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0231

_____

DAVID L. MURPHY PROPERTIES, LLC and
JOHN SCHAFFER,

      Plaintiffs and Appellants,

  v.

PAINTED ROCKS CLIFF, LLC, and LAKE             O R D E R
COUNTY, a political subdivision of the State of
Montana, by and through the LAKE COUNTY
BOARD OF COMMISSIONERS: BILL
BARRON, GALE DECKER AND STEVE
STANLEY,

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2024